1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVE GETTYS,                        No.  CIV.S-04-0306 GEB DAD

12          Plaintiffs,

13      v.                               ORDER

14   NORTHWESTERN MUTUAL LIFE
     INSURANCE COMPANY,

15
            Defendant.

16   _____/

17          This matter came before the court on May 27, 2005, for

18   hearing on defendant's motion to compel the deposition of plaintiff.

19   Edward Smith appeared on behalf of plaintiff.  Margie Lariviere

20   appeared on behalf of defendant.

21          Having considered all written materials submitted in

22   connection with the motion, and after hearing oral argument, for the

23   reasons set forth on the record during the hearing, IT IS HEREBY

24   ORDERED that defendant's motion to compel is granted.  Plaintiff

25   shall make himself available for not more than a total of six hours

26   of deposition, which shall be completed prior to the close of

                                  1

1 | discovery in this case.   Plaintiff's deposition shall occur

2 | telephonically over the course of three sessions of no more than two

3 | hours in length per session.

4 |         IT IS SO ORDERED.

5 | DATED: May 31, 2005.

6 |

7 |                 _____
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

8 |

9 | DAD:th
ddad1\orders.civil\gettys0306.oah

2